# Proposed Subponea

## (Subpoena to Testify)

( __34__ pages except for this page)

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| In re Ex Parte Application of Tsukasa Akimoto | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                                              Apple Inc.

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

See Attachment

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: _____

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|  |  |
|---|---|
| *CLERK OF COURT* | |
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Tsukasa Akimoto                                                , who issues or requests this subpoena, are:
Junji Suzuki, Marshall Suzuki Law Group, LLP / 230 California Street, Suite 415 San Francisco, CA 94111
junji@marshallsuzuki.com / (415) 618-0090

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named individual as follows: _____

_____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
    **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
    **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
    **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
    **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
    **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
    **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*

    **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
    **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
    **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
    **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
    **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
    **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
    **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
    **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT- Matter to Be Testified**

## I.  **Definitions:**

1.  "ACCOUNT" means the Apple ID relating to, in connection with, or associated with the email address "peoplekun@aol.com."

2.  "DEVICE" means the Apple's iPhone identified as follows: a. model name is iPhone 7 Plus; b. model number is MN6N2J/A; and c. serial number is F2LSD11PHFYW, or equivalent.

3.  "HEALTH APP" means an app named "Health" created and developed by Apple Inc., which can be installed on iPhone and other iOS devices.[1]

4.  "STEP LOG" means the log, an example of which can be seen as Exhibit A attached hereto, recorded and/or stored on Apple's iPhone and/or Apple which may be viewable for users in the following steps:

    a.  Launch HEALTH APP on iPhone;

    b.  Choose "Browse" icon on the bottom menu bar;

    c.  Choose "Activity" button;

    d.  Choose "Steps" button;

    e.  Choose "Data Sources & Access" button; and

    f.  Choose a specific device.

5.  "STEP GROUP" means each group of steps, a list of which is displayed and each group of steps is identified by the date and time on the main display STEP LOG (See Exhibit A), and the details of each group of steps can be displayed by choosing such each group (an example of which can be seen as Exhibit B attached hereto).

6.  "START TIME" means the time recorded as "Start Time" of each STEP GROUP, which can be displayed on the detail display of STEP GROUP. (See Exhibit B)

7.  "END TIME" means the time recorded as "End Time" of each STEP GROUP, which can be displayed on the detail display of STEP GROUP. (See Exhibit B)

## II.  **Matters to be Testified (The software, system, other technical version of DEVICE as of September 28, 2017 cannot be confirmed. If any answer differs depending on the software, system or technical version, the matters relating to the software, system,**

---

[1] https://www.apple.com/ios/health/

**and/or technical version, which can be installed on DEVICE as of September 28, 2017, should be testified.):**

1. The duration that Apple retains location data of ACCOUNT and/or DEVICE and other Apple's users.

2. The operating principles, means, method and/or mechanism of counting steps by iPhone and/or HEALTH APP on the DEVICE, including, but not limited to:

   a. the operating principles, means, method and/or mechanism of software;

   b. the operating principles, means, method and/or mechanism of threshold of sensor(s) installed on the DEVICE, and other hardware;

   c. whether a step can be recorded even when a user does not walk (e.g., when an riding a bicycle (by any subtle vibration), when being on an elevator (by any subtle vibration), and/or when taking photo (up-and-down motion),

   d. if yes for the preceding subsection c., in what situations and how often a step can be recorded when a user does not walk; and

   e. whether the count can be affected by how an iPhone is held (e.g., in a hand, in a chest pocket, in a trouser pocket, or in a bag) and if so, in what situations.

3. The accuracy of counting steps by HEALTH APP on the DEVICE, including, but not limited to:

   a. the frequency of error on counting steps; and

   b. the result of test during manufacturing and development process.

4. The operating principles, means, method and/or mechanism of recording and/or storing STEP LOG, including, but not limited to:

   a. the operating principles, means, method and/or mechanism of determining each STEP GROUP;

   b. whether it is true that:

      i. in the case of continuous walking, a series of steps could be divided into multiple groups so that the time period of each STEP GROUP is less than 10 minutes long; and

      ii. in the case iPhone or its sensor(s) does not perceive a step or acceleration to be deemed as a step for a certain period of time, the next series of steps should be recorded as a separate STEP GROUP;

2

    c.  if yes for the preceding subsection b., how to determine a series of steps as continuous walking or not;

    d.  when each STEP GROUP is created;

    e.  what a blank period of time between STEP GROUPS, means (e.g., if it means iPhone or its sensor(s) did not perceive a step or acceleration to be deemed as a step);

    f.  the operating principles, means, method and/or mechanism of determining START TIME and END TIME (e.g., iPhone or its sensor(s) perceived a step or acceleration to be deemed as a step between START TIME and END TIME);

5. The accuracy of STEP LOG, including, but not limited to:

    a.  the possibility of revising the log data after counting steps;

    b.  whether STEP LOG of ACCOUNT and DEVICE has been revised after the time each of the log data was recorded (in particular, STEP LOG of September 28, 2017);

    c.  if yes for the preceding subsection b.:

        i.  when STEP LOG of ACCOUNT and DEVICE was revised; and

        ii.  how STEP LOG of ACCOUNT and DEVICE was revised.

6. How STEP LOG and other health care data of ACCOUNT and DEVICE of September 28, 2017 have been recorded, assembled and integrated.

7. According to page Exhibit A and B, whether it is true that DEVICE or its sensor(s) did not perceive a step or acceleration to be deemed as a step during the time period of between 13:40:57 through 14:20:42 on September 28, 2017.

Exhibit A

< 戻る　　　すべての記録データ　　　編集

| | 67 | 2017/09/28 16:19 > |
| | 222 | 2017/09/28 16:16 > |
| | 154 | 2017/09/28 16:06 > |
| | 175 | 2017/09/28 14:30 > |
| | 77 | 2017/09/28 13:40 > |
| | 133 | 2017/09/28 13:32 > |
| | 128 | 2017/09/28 13:13 > |
| | 97 | 2017/09/28 13:07 > |
| | 239 | 2017/09/28 13:00 > |
| | 203 | 2017/09/28 12:50 > |
| | 8 | 2017/09/28 12:40 > |
| | 151 | 2017/09/28 12:35 > |
| | 89 | 2017/09/28 12:05 > |
| | 28 | 2017/09/28 11:57 > |
| | 61 | 2017/09/28 11:47 > |

# Exhibit A

(With Translation)

**Back**   **All Recorded Data**   **Edit**

戻る   すべての記録データ   編集

| | | |
|---|---|---|
| 📱 | 67 | 2017/09/28 16:19 › |
| 📱 | 222 | 2017/09/28 16:16 › |
| 📱 | 154 | 2017/09/28 16:06 › |
| 📱 | 175 | 2017/09/28 14:30 › |
| 📱 | 77 | 2017/09/28 13:40 › |
| 📱 | 133 | 2017/09/28 13:32 › |
| 📱 | 128 | 2017/09/28 13:13 › |
| 📱 | 97 | 2017/09/28 13:07 › |
| 📱 | 239 | 2017/09/28 13:00 › |
| 📱 | 203 | 2017/09/28 12:50 › |
| 📱 | 8 | 2017/09/28 12:40 › |
| 📱 | 151 | 2017/09/28 12:35 › |
| 📱 | 89 | 2017/09/28 12:05 › |
| 📱 | 28 | 2017/09/28 11:57 › |
| 📱 | 61 | 2017/09/28 11:47 › |

Exhibit B













‹ 戻る　　　　　詳細

サンプルの詳細

歩数
239歩

開始時間
2017/09/28 12:50:27

終了時間
2017/09/28 13:00:27

ソース
秋元司のiPhone

ヘルスケアへの追加日
2017/09/28 14:03:08

デバイスの詳細

名前
iPhone

製造元
Apple

モデル
iPhone

ハードウェアバージョン
iPhone9,2









19:18

〈戻る　　　　　詳細

サンプルの詳細

歩数
77歩

開始時間
2017/09/28 13:33:32

終了時間
2017/09/28 13:40:56

ソース
秋元司のiPhone

ヘルスケアへの追加日
2017/09/28 14:03:08

デバイスの詳細

名前
iPhone

製造元
Apple

モデル
iPhone

ハードウェアバージョン
iPhone9,2

概要　　　　　ブラウズ



# Exhibit B

## (With Translation)



19:17

**Back**　　　　　　　　**Details**
く戻る　　　　　　　　　　詳細

サンプルの詳細　**SAMPLE DETAIL**

歩数　**Steps**
28歩　**28 steps**

開始時間　**START TIME**
2017/09/28 11:47:53

終了時間　**END TIME**
2017/09/28 11:57:52

ソース　**Source**
秋元司のiPhone　**Tukasa Akimoto's iPhone**

ヘルスケアへの追加日　**Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細　**DEVICE DETAIL**

名前　**Name**
iPhone

製造元　**Manufacturer**
Apple

モデル　**Model**
iPhone

ハードウェアバージョン　**Hardware Version**
iPhone9,2



19:17

**Back**
く戻る

**Details**
詳細

サンプルの詳細 **SAMPLE DETAIL**

歩数 **Steps**
89歩 **89 steps**

開始時間 **START TIME**
2017/09/28 11:57:52

終了時間 **END TIME**
2017/09/28 12:05:57

ソース **Source**
秋元司のiPhone **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日 **Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細 **DEVICE DETAIL**

名前 **Name**
iPhone

製造元 **Manufacturer**
Apple

モデル **Model**
iPhone

ハードウェアバージョン **Hardware Version**
iPhone9,2

概要

ブラウズ



19:17

**Back** ＜戻る

**Details**
詳細

サンプルの詳細 **SAMPLE DETAIL**

歩数 **Steps**
151歩 **151 steps**

開始時間 **START TIME**
2017/09/28 12:25:57

終了時間 **END TIME**
2017/09/28 12:35:53

ソース **Source**
秋元司のiPhone **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日 **Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細 **DEVICE DETAIL**

名前 **Name**
iPhone

製造元 **Manufacturer**
Apple

モデル **Model**
iPhone

ハードウェアバージョン **Hardware Version**
iPhone9,2

概要

ブラウズ





19:17

**Back**
‹ 戻る

**Details**
詳細

サンプルの詳細  **SAMPLE DETAIL**

歩数  **Steps**
203歩 **203 steps**

開始時間  **START TIME**
2017/09/28 12:40:27

終了時間  **END TIME**
2017/09/28 12:50:27

ソース  **Source**
秋元司のiPhone  **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日  **Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細  **DEVICE DETAIL**

名前  **Name**
iPhone

製造元  **Manufacturer**
Apple

モデル  **Model**
iPhone

ハードウェアバージョン  **Hardware Version**
iPhone9,2

概要                  ブラウズ



**Back**
戻る

**Details**
詳細

サンプルの詳細 **SAMPLE DETAIL**

歩数 **Steps**
239歩 **239 steps**

開始時間 **START TIME**
2017/09/28 12:50:27

終了時間 **END TIME**
2017/09/28 13:00:27

ソース **Source**
秋元司のiPhone **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日 **Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細 **DEVICE DETAIL**

名前 **Name**
iPhone

製造元 **Manufacturer**
Apple

モデル **Model**
iPhone

ハードウェアバージョン **Hardware Version**
iPhone9,2



19:18

**Back**
‹ 戻る

**Details**
詳細

サンプルの詳細 **SAMPLE DETAIL**

歩数 **Steps**
97歩 **97 steps**

開始時間 **START TIME**
2017/09/28 13:00:27

終了時間 **END TIME**
2017/09/28 13:07:50

ソース **Source**
秋元司のiPhone **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日 **Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細 **DEVICE DETAIL**

名前 **Name**
iPhone

製造元 **Manufacturer**
Apple

モデル **Model**
iPhone

ハードウェアバージョン **Hardware Version**
iPhone9,2

概要 ブラウズ





19:18

**Back**
< 戻る

**Details**
詳細

サンプルの詳細  **SAMPLE DETAIL**

歩数  **Steps**
133歩 **133 steps**

開始時間  **START TIME**
2017/09/28 13:23:42

終了時間  **END TIME**
2017/09/28 13:32:21

ソース  **Source**
秋元司のiPhone  **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日  **Date Added to Health**
2017/09/28 14:03:08

デバイスの詳細  **DEVICE DETAIL**

名前  **Name**
iPhone

製造元  **Manufacturer**
Apple

モデル  **Model**
iPhone

ハードウェアバージョン  **Hardware Version**
iPhone9,2

概要          ブラウズ





19:18

**Back**
< 戻る

**Details**
詳細

サンプルの詳細 **SAMPLE DETAIL**

歩数 **Steps**
175歩 **175 steps**

開始時間 **START TIME**
2017/09/28 14:20:43

終了時間 **END TIME**
2017/09/28 14:30:13

ソース **Source**
秋元司のiPhone **Tukasa Akimoto's iPhone**

ヘルスケアへの追加日 **Date Added to Health**
2017/09/28 15:00:10

デバイスの詳細 **DEVICE DETAIL**

名前 **Name**
iPhone

製造元 **Manufacturer**
Apple

モデル **Model**
iPhone

ハードウェアバージョン **Hardware Version**
iPhone9,2

概要                ブラウズ