UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TSUKASA AKIMOTO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 22-mc-80056-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On February 24, 2022, Petitioner Tsukasa Akimoto filed this action. Pursuant to Civil Local Rule 3-12(c), the court sua sponte refers this case to Magistrate Judge Susan van Keulen to determine whether it is related to *In re Ex Parte Application of Tsukasa Akimoto*, 21-mc-80287 SVK.

**IT IS SO ORDERED.**

Dated: February 25, 2022

_____
DONNA M. RYU
United States Magistrate Judge